**DICKINSON WRIGHT PLLC**
Steven A. Caloiaro
Nevada Bar No. 12344
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: 775-343-7500
Email: SCaloiaro@dickinsonwright.com

*Attorneys for Plaintiff*
*Dassault Systèmes SolidWorks Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION,<br><br>*Plaintiff,*<br><br>- v.-<br><br>UNITED MACHINE & TOOL INC., BRYAN SCHUETTE, and STEPHEN BUTZ<br><br>*Defendants.* | Case No.: 2:24-cv-1519<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Dassault Systèmes SolidWorks Corporation ("DS SolidWorks") by its undersigned counsel as and for its Complaint against Defendants United Machine & Tool Inc. ("United Machine"), Bryan Schuette ("Schuette"), and Stephen Butz ("Butz") (collectively "Defendants") hereby alleges as follows:

**NATURE OF THE ACTION**

This is a copyright infringement, circumvention of technological measures, and Massachusetts Common Law breach of contract action arising out of Defendants' unauthorized and willful use and copying of DS SolidWorks' SOLIDWORKS software package.

## THE PARTIES

1. Plaintiff DS SolidWorks is a Delaware corporation, having a principal place of business at 175 Wyman Street, Waltham, MA 02451-1223.

2. On information and belief, Defendant United Machine is a Nevada corporation having a principal place of business at 630 Middlegate Road, Henderson, NV 89011.

3. On information and belief, Defendant Schuette is an adult individual who is the President of United Machine residing at 8191 Wildfire St., Las Vegas, NV 89123.

4. On information and belief, Defendant Butz is an adult individual who works for United Machine residing at 3153 High View Dr., Henderson, NV.

## JURISDICTION AND VENUE

5. This action arises under 17 U.S.C. § 101 et seq. for infringement of copyrights owned by DS SolidWorks.

6. This Court has subject matter jurisdiction over these copyright infringement and circumvention claims pursuant to 28 U.S.C. §§ 1331, 1332(a), and 1338(a). This Court has subject matter jurisdiction over the state law claim pursuant to 28 U.S.C. §1367(a).

7. This Court has personal jurisdiction over United Machine because, among other things, United Machine resides in and transacts business in Nevada.

8. This Court has personal jurisdiction over Schuette because, among other things, Schuette resides in and works in Nevada.

9. This Court has personal jurisdiction over Butz because, among other things, Butz resides in and works in Nevada.

10. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(1), 1391(b)(2), 1391(c)(2), and 1400(a).

## BACKGROUND

**DS SolidWorks and the Copyrighted Works**

11. DS SolidWorks is the creator, author, and owner of the software code for the SOLIDWORKS software package, which is a computer-aided design ("CAD") software package.

12. DS SolidWorks has created, authored, and is the owner of various "releases" of SOLIDWORKS, each building upon the prior release.

13. DS SolidWorks owns many copyright registrations for the SOLIDWORKS software package, including the registrations in Table 1 below, also attached as Exhibit 1, hereto.

| Registration Number | Registration Name |
|---|---|
| TX 0005225647 | SolidWorks 2000 |
| TX 0005666476 | SOLIDWORKS 2001 PLUS |
| TX 0005725523 | SOLIDWORKS 2003 |
| TX 0008443820 | SOLIDWORKS 2017 |
| TX 0008885576 | SOLIDWORKS 2020 |

Table 1

**Detection of Infringement by Defendants**

14. The SOLIDWORKS software incorporates detection and monitoring technology that detects and identifies use of unlicensed and unauthorized copies of the SOLIDWORKS software and transmits identifying data to DS SolidWorks over the internet when such unauthorized uses occur.

15. Through its monitoring technology, DS SolidWorks detected at least 943 uses of unlicensed and unauthorized copies of the SOLIDWORKS software on at least four computers having Media Access Control ("MAC") addresses as shown below in Table 2 (the "Computers").

| Computer | MAC Address |
|---|---|
| 1 | a402b94bfe47, a402b94bfe48 |
| 2 | 60a44c09175f, 6c71d9546db6 |
| 3 | 8045dd743ec0, 8045dd743ec1 |
| 4 | 8045ddac4610 |

Table 2

**Computer 1**

16. Through its monitoring technology, DS SolidWorks detected that 297 of the above-referenced 943 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1.

3

17. Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 250 of the above-referenced 297 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1 while the computer was physically located at the address 630 Middlegate Road Henderson, NV 89011.

18. United Machine is located at 630 Middlegate Road Henderson, NV 89011.

19. Upon information and belief, United Machine owned Computer 1.

20. Unauthorized and unlicensed copies the SOLIDWORKS software were used at United Machine's location.

21. A United Machine employee and/or person under United Machine's control used unauthorized and unlicensed copies of the SOLIDWORKS software.

22. United Machine received a direct financial benefit from the use of unlicensed and unauthorized use of SOLIDWORKS on Computer 1.

23. Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 47 of the above referenced 297 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 1 while the computer was physically located at the address 3153 High View Dr., Henderson, NV.

24. Butz resides at 3153 High View Dr., Henderson, NV.

25. Butz used unauthorized and unlicensed copies of SolidWorks on Computer 1.

**Computer 2**

26. Through its monitoring technology, DS SolidWorks detected that 7 of the above-referenced 943 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2.

27. Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing all 7 of the above-referenced uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 2 while the computer was physically located at the address 630 Middlegate Road Henderson, NV 89011.

28. United Machine is located at 630 Middlegate Road Henderson, NV 89011.

29. Upon information and belief, United Machine owned Computer 2.

30. Unauthorized and unlicensed copies of SolidWorks were used at United Machine's location.

31. A United Machine employee used unauthorized and unlicensed copies of the SOLIDWORKS software.

32. United Machine received a direct financial benefit from the use of unlicensed and unauthorized copies of the SOLIDWORKS software on Computer 2.

**Computer 3**

33. Through its monitoring technology, DS SolidWorks detected that 638 of the above-referenced 943 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3.

34. Through its monitoring technology, DS SolidWorks detected that an email address with the domain name "unitedmachine.shop" was used to send and receive emails on Computer 3.

35. The URL "unitedmachine.shop" directs to United Machine's website.

36. United Machine owns the domain name "unitedmachine.shop".

37. United Machine's employees use email addresses with the domain "unitedmachine.shop" to send and receive emails.

38. United Machine's employees used unauthorized and unlicensed copies of SOLIDWORKS on Computer 3.

39. Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 602 of the above-referenced 638 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3 while the computer was physically located at the address 630 Middlegate Road Henderson, NV 89011.

40. United Machine is located at 630 Middlegate Road Henderson, NV 89011.

41. Upon information and belief, United Machine owns Computer 3.

42. Unauthorized and unlicensed copies of SolidWorks were used at United Machine's location.

43. A United Machine employee used unauthorized and unlicensed copies of the SOLIDWORKS software.

44. United Machine received a direct financial benefit from the use of unlicensed and unauthorized copies of SOLIDWORKS software.

45. Through its monitoring technology, DS SolidWorks detected the email domain "ztubs.com".

46. "ztub" is Butz's surname spelled backwards.

47. The URL www.facebook.com/ztubs directs to Butz's Facebook profile.

48. Upon information and belief, "ztubs" is a nickname used by Butz.

49. Upon information and belief, Butz owns the domain name "ztubs.com".

50. Upon information and belief, Butz uses an email address with the domain name "ztubs.com"

51. Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that 35 of the above-referenced 638 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 3 while Computer 3 was physically located at 3153 High View Dr, Henderson, NV.

52. Butz resides at 3153 High View Dr., Henderson, NV.

53. Butz used unauthorized and unlicensed copies of SOLIDWORKS on Computer 3.

54. Butz's LinkedIn profile states that he has been working at United Machine since March 2021. Butz's LinkedIn profile is attached as Exhibit 5, hereto. *See* https://www.linkedin.com/in/stephen-butz-31003172/.

55. Butz used unauthorized and unlicensed copies of SOLIDWORKS on Computer 3 to do work for United Machine.

**Computer 4**

56. Through its monitoring technology, DS SolidWorks detected that 1 of the above-referenced 943 uses of the unlicensed and unauthorized copies of the SOLIDWORKS software occurred on Computer 4.

57. Through its monitoring technology, DS SolidWorks detected Wi-Fi Geolocation data showing that the one unlicensed and unauthorized copy of the SOLIDWORKS software occurred on Computer 4 while the computer was physically located at the address 630 Middlegate Road Henderson, NV 89011.

58. United Machine is located at 630 Middlegate Road Henderson, NV 89011.

59. United Machine owns Computer 4.

60. Unauthorized and unlicensed copies of SolidWorks were used at United Machine's location on Computer 4.

61. A United Machine employee used unauthorized and unlicensed copies of the SOLIDWORKS software on Computer 4.

62. United Machine received a direct financial benefit from the use of unlicensed and unauthorized copies of SOLIDWORKS software on Computer 4.

**Infringement, Circumvention, and Breach by Defendants**

63. Upon information and belief, the Computers are owned by United Machine.

64. United Machine purports to offer engineering services including CAD design, Digital Models, and "Rapid Prototyping: 3D printers and CAD/CAM tech." *See* https://www.unitedmachine.shop.

65. DS SolidWorks' SOLIDWORKS software packages are used to do CAD Design, Digital Models, Rapid Prototyping, and CAD/CAM technology.

66. Upon information and belief, the Computers have been used by Butz, employees of United Machine, and/or persons under the control of United Machine.

67. Upon information and belief, Butz, employees of United Machine, and/or persons under the control of United Machine downloaded one or more copies of SOLIDWORKS from the internet.

68. Upon information and belief, Butz, employees of United Machine or persons under the control of United Machine installed one or more copies of SOLIDWORKS on the Computers.

69. Upon information and belief, during the installation of SOLIDWORKS on the

Computers, Butz, employees of United Machine, and/or persons under the control of United Machine accepted DS SolidWorks' License Agreement. The License Agreement is attached as Exhibit 2, hereto.

70. The License Agreement states "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from [DS SolidWorks.]" Exhibit 2, p. 2.

71. The License Agreement states "DS [SolidWorks] also reserves the right to use a hardware lock device, license administration software, and/or a license authorization key to control access to [SOLIDWORKS.] You may not take any steps to avoid or defeat the purpose of any such measures. Use of [SOLIDWORKS] without any required lock device or authorization key provided by DS is prohibited." Exhibit 2, p. 24.

72. Through its monitoring technology, DS SolidWorks detected the signature of the SolidSquad (SSQ) crack, a program used to defeat the purposes of DS SolidWorks's access control measures.

73. Upon information and belief, Butz, employees of United Machine or persons under the control of United Machine ran the SolidSquad (SSQ) crack on the Computers following the installation of SOLIDWORKS.

74. Upon information and belief, Butz, employees of United Machine or persons under the control of United Machine launched (executed) and/or used one or more unlicensed and unauthorized copies of SOLIDWORKS on the Computers.

75. United Machine did not have authorization from DS SolidWorks to launch (execute) and/or use SOLIDWORKS for the above referenced unlicensed and unauthorized uses.

76. Butz, employees of United Machine, and/or persons under the control of United Machine, have been using DS SolidWorks's SOLIDWORKS software packages without authorization or permission from DS SolidWorks.

77. Butz, employees of United Machine, and/or persons under the control of United Machine, continue to use DS SolidWorks's SOLIDWORKS software packages without authorization or permission from DS SolidWorks.

78. Upon information and belief, United Machine received a direct financial benefit from the use of SOLIDWORKS by Butz, employees of United Machine, or persons under the control of United Machine.

**Vicarious and Contributory Liability by Schuette**

79. Nevada's business information for United Machine found on esos.nv.gov shows that Schuette is the President, Secretary, Treasurer, and Director of United Machine.

80. Schuette knew of the infringement by Butz, employees of United Machine, and/or persons under the control of United Machine at least by August 28, 2023.

81. Upon information and belief, Schuette provided the facilities where Butz, employees of United Machine, and/or people under the control of United Machine used unauthorized and unlicensed copies of SolidWorks.

82. Upon information and belief, Schuette provided the devices on which Butz, employees of United Machine, and/or people under the control of United Machine used unauthorized and unlicensed copies of SolidWorks.

83. Upon information and belief, Schuette materially contributed to the infringement of DS SolidWorks's copyrights by Butz, employees of United Machine, and/or persons under the control of United Machine.

84. Upon information and belief, Schuette is the dominant influence in United Machine.

85. Upon information and belief, Schuette determined the policies which resulted in the above-described infringement and circumvention.

86. Upon information and belief, Schuette had the ability to stop the unauthorized and unlicensed use of SOLIDWORKS by United Machine employees, including Butz, at United Machine's site, on United Machine's computers, and on United Machine's network.

87. Upon information and belief, Schuette controlled the infringement and circumvention by Butz, employees of United Machine, and/or persons under the control of United Machine.

88. United Machine's work included use of unauthorized and unlicensed copies of DS SolidWorks's SOLIDWORKS software packages.

89. Upon information and belief, Schuette, as President, Secretary, Treasurer, and Director of United Machine, receives a financial benefit from the work performed by United Machine, including the use of unauthorized and unlicensed copies of DS SolidWorks's SOLIDWORKS packages.

**Notice of Infringement to Defendants**

90. On April 28, 2023, counsel for DS SolidWorks sent a first letter to United Machine and Schuette, offering to resolve United Machine's and Schuette's unauthorized use of DS SolidWorks' SOLIDWORKS software packages on the Computers. The April 28, 2023 letter is attached as Exhibit 3, hereto.

91. Between May 1, 2023, and May 22, 2023, a compliance mediator from DS SolidWorks contacted United Machine and Schuette regarding the possibility of resolving United Machine and Schuette's unauthorized use of DS SolidWorks' SOLIDWORKS software packages via a series of phone calls and emails. No resolution was reached. Emails from the series of communications are attached as Exhibit 4, hereto.

92. On May 16, 2023, Schuette spoke to a compliance mediator for DS SolidWorks over the phone. The case was not resolved and he did not respond to additional calls and emails from the compliance mediator.

93. Between May 31, 2023, and September 18, 2023, counsel for DS SolidWorks attempted to contact United Machine and Schuette via email. United Machine and Schuette did not respond.

94. Defendants continued to use unauthorized and unlicensed copies of DS SolidWorks' SOLIDWORKS software packages following the notice United Machine and Schuette received.

# COUNT I

## FEDERAL COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

95. DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

96. SOLIDWORKS, including SOLIDWORKS 2017 and SOLIDWORKS 2020, is an original work of DS SolidWorks and is protectable by the copyright laws of the United States.

97. DS SolidWorks owns all rights and title to the copyrights for SOLIDWORKS.

98. Butz, employees of United Machine, and/or persons under the control of United Machine downloaded the SOLIDWORKS 2017 and SOLIDWORKS 2020 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without authorization or permission from DS SolidWorks.

99. Subsequently to downloading a copy of SOLIDWORKS, Butz, employees of United Machine, and/or persons under the control of United Machine installed, executed, and used the SOLIDWORKS software on one or more computers without authorization or permission from DS SolidWorks.

100. Each time Butz, employees of United Machine, and/or persons under the control of United Machine executed SOLIDWORKS, Butz, employees of United Machine, and/or persons under the control of United Machine caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without authorization or permission from DS SolidWorks.

101. Butz, employees of United Machine, and/or persons under the control of United Machine executed SOLIDWORKS at least on the Computers.

102. By making unauthorized copies of SOLIDWORKS as described above, Butz, employees of United Machine, and/or persons under the control of United Machine infringed and violated (directly or indirectly) DS SolidWorks's copyrights in SOLIDWORKS and the SOLIDWORKS Copyright Registrations, including at least DS SolidWorks's exclusive right under 17 U.S.C. § 106(1) "to reproduce the copyrighted work in copies."

103. Schuette and United Machine knew of the infringement by Butz, employees of United Machine, and/or persons under the control of United Machine.

104. Upon information and belief, Schuette and United Machine materially contributed to the infringement by Butz, employees of United Machine, and/or persons under the control of United Machine.

105. Upon information and belief, United Machine and Schuette controlled the infringement by Butz, employees of United Machine, and/or persons under the control of United Machine.

106. Upon information and belief, United Machine and Schuette received a direct financial benefit from the above-described infringement of DS SolidWorks's copyrights.

107. Defendants' infringement and violation of DS SolidWorks's copyrights has been knowing and willful.

108. DS SolidWorks has been damaged by the aforementioned infringement.

## COUNT II

## CIRCUMVENTION OF TECHNOLOGICAL MEASURES
## (17 U.S.C. § 1201)

109. DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

110. SOLIDWORKS includes technological measures that effectively control access to the SOLIDWORKS software, including a requirement during installation to input an authorized License Key provided by DS SolidWorks to properly-licensed users of SOLIDWORKS to "unlock" SOLIDWORKS and thereby allow the installation, subsequent use of, and access to SOLIDWORKS.

111. United Machine did not receive an authorized License Key from DS SolidWorks for the above referenced unlicensed and unauthorized uses.

112. Upon information and belief, Butz, employees of United Machine, and/or persons under the control of United Machine circumvented the technological measures incorporated in SOLIDWORKS to gain access to SOLIDWORKS by avoiding, bypassing, deactivating, or

otherwise impairing such technological measures, including during the installation of SOLIDWORKS and during each use of SOLIDWORKS.

113. Upon information and belief, Butz, employees of United Machine, and/or persons under the control of United Machine, used a SolidSquad (SSQ) crack signature to avoid, bypass, deactivate, or otherwise impair such technological measures each time they used SOLIDWORKS.

114. By avoiding, bypassing, deactivating, or otherwise impairing the technological measures to control access to SOLIDWORKS, including by avoiding, bypassing, deactivating, or otherwise impairing the input of an authorized License Key, during the installation process, Butz, employees of United Machine, and/or persons under the control of United Machine have violated 17 U.S.C. § 1201.

115. Schuette and United Machine knew of the above-described circumvention.

116. Upon information and belief, Schuette and United Machine materially contributed to the above-described circumvention.

117. Upon information and belief, United Machine and Schuette controlled the above-described circumvention.

118. Upon information and belief, United Machine and Schuette received a direct financial benefit from the above-described circumvention.

119. DS SolidWorks has been damaged by Defendants' above-described actions.

## COUNT III

## BREACH OF CONTRACT
### (Massachusetts Common Law)

120. DS SolidWorks repeats and incorporates herein each of the preceding paragraphs.

121. The installation of SOLIDWORKS 2017 and SOLIDWORKS 2020 requires the user to accept the terms of the SOLIDWORKS License Agreement. *See* Exhibit 2.

122. Butz, employees of United Machine, and/or persons under the control of United Machine accepted the SOLIDWORKS License agreement when they installed SOLIDWORKS 2017 and SOLIDWORKS 2020.

123. The License Agreement states "You may not load or use [SOLIDWORKS] in any computer or copy it without a right to do so from [DS SolidWorks.]"

124. United Machine did not receive a right to load, use, or copy SOLIDWORKS from DS SolidWorks for the above referenced unlicensed and unauthorized uses.

125. Butz, employees of United Machine, and/or persons under the control of United Machine downloaded the SOLIDWORKS 2017 and SOLIDWORKS 2020 releases of the SOLIDWORKS software to a computer storage unit, such as a hard disk drive, via the Internet, thereby creating a copy of the SOLIDWORKS software without a right to do so from DS SolidWorks.

126. Subsequent to downloading a copy of SOLIDWORKS, Butz, employees of United Machine, and/or persons under the control of United Machine installed, executed, and used the SOLIDWORKS software on one or more computers without a right to do so from DS SolidWorks.

127. Each time Butz, employees of United Machine, and/or persons under the control of United Machine executed SOLIDWORKS, Butz, employees of United Machine, and/or persons under the control of United Machine caused a computer to copy the SOLIDWORKS software code stored on the computer storage unit (e.g., hard disk drive) to the computer's volatile memory, e.g., random access memory (RAM) without a right to do so from DS SolidWorks.

128. Butz, employees of United Machine, and/or persons under the control of United Machine executed SOLIDWORKS at least on the Computers.

129. By copying SOLIDWORKS as described above, Butz, employees of United Machine, and/or persons under the control of United Machine breached the License Agreement by copying SOLIDWORKS without the right to do so.

130. By loading SOLIDWORKS onto the Computers, Butz, employees of United Machine, and/or persons under the control of United Machine breached the License Agreement by loading SOLIDWORKS without the right to do so.

131. By using SOLIDWORKS on the Computers, Butz, employees of United Machine, or persons under the control of United Machine breached the License Agreement by using

1  SOLIDWORKS without the right to do so.

2  132. The License Agreement states "DS [SolidWorks] also reserves the right to use a
3  hardware lock device, license administration software, and/or a license authorization key to control
4  access to [SOLIDWORKS.] You may not take any steps to avoid or defeat the purpose of any such
5  measures. Use of any Offering without any required lock device or authorization key provided by
6  DS is prohibited."

7  133. Upon information and belief, during the installation of SOLIDWORKS, Butz,
8  employees of United Machine, and/or persons under the control of United Machine ran the
9  SolidSquad (SSQ) crack program.

10 134. Running the SolidSquad (SSQ) crack program is a step to avoid or defeat the
11 purpose of the license authorization key to control access to SOLIDWORKS.

12 135. By running the SolidSquad (SSQ) crack program, Butz, employees of United
13 Machine, and/or persons under the control of United Machine breached the License Agreement.

14 136. DS SolidWorks did not provide United Machine a license authorization key for the
15 copies of SOLIDWORKS used on the Computers by Butz, employees of United Machine, and/or
16 persons under the control of United Machine for the above referenced unlicensed and unauthorized
17 uses.

18 137. By using the SOLIDWORKS software without a license authorization key provided
19 by DS SolidWorks, Butz, employees of United Machine, or persons under the control of United
20 Machine breached the License Agreement.

21 138. The License Agreement states that it is to be governed by the law of the
22 Commonwealth of Massachusetts. Exhibit 2, p. 3.

23 139. DS SolidWorks has been damaged by the aforementioned breach.

**PRAYER FOR RELIEF**

25  WHEREFORE, DS SolidWorks prays for relief as follows:

26  A. For a judgment determining that Defendants have infringed DS SolidWorks's
27 copyrights in violation of 17 U.S.C. § 501;

28

B. For a judgment determining that Defendants have circumvented a technological measure that controls access to the SOLIDWORKS software in violation of 17 U.S.C. § 1201;

C. For a finding that such infringement and/or circumvention was willful;

D. For a judgment determining that Defendants have breached the License Agreement under Massachusetts Common Law;

E. For a judgment preliminarily and permanently enjoining and restraining Defendants, including United Machine's officers, directors, employees, agents, and servants, and all those in active concert of participation with any of them from directly or indirectly infringing DS SolidWorks's copyrights;

F. For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of the Defendants, (iii) statutory damages of $150,000 per act of infringement, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. §§ 504 and 505;

G. For a judgment awarding DS SolidWorks (i) its actual damages in an amount to be determined in excess of $75,000, (ii) any profits of the Defendants, (iii) statutory damages of $2,500 per act of circumvention, and (iv) costs of this action including attorneys' fees as permitted pursuant to 17 U.S.C. § 1203;

H. For a judgment awarding DS SolidWorks any other damages to which it is entitled under statute or common law; and

I. For such other and further relief as the Court deems just and proper.

**DEMAND FOR A JURY TRIAL**

DS SolidWorks hereby demands a trial by jury in this action.

DATE: August 19, 2024                           Respectfully Submitted,

 /s/ *Steven A. Caloiaro*
**DICKINSON WRIGHT PLLC**
Steven A. Caloiaro
Email: SCaloiaro@dickinsonwright.com
100 West Liberty Street, Suite 940

16

```
Reno, Nevada  89501-1991
Tel:      775-343-7500
Fax:      844-670-6009
```

*Attorneys for Plaintiff*
*Dassault Systèmes SolidWorks Corporation*

**INDEX OF EXHIBITS**

| Exhibit | Description | Pages[1] |
|---|---|---|
| 1 | Copyright Registration Nos. TX 0005225647, TX 0005666476, TX 0005725523, TX 0008443820, TX 0008885576 | 7 |
| 2 | DS SolidWorks' License Agreement | 45 |
| 3 | April 28, 2023 Letter from Plaintiff to Defendant | 3 |
| 4 | Email chain regarding attempts to resolve dispute | 4 |
| 5 | LinkedIn Profile for Stephen Butz | 4 |

---

[1] Exhibit page counts are exclusive of exhibit slip sheets.