# EXHIBIT 1



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = solidworks
Search Results: Displaying 2 of 87 entries



*SolidWorks 2000 : pt. 1.*

           **Type of Work:** Computer File
**Registration Number / Date:** TX0005225647 / 2000-05-30
                   **Title:** SolidWorks 2000 : pt. 1.
         **Description:** Computer program.
                 **Notes:** Printout only deposited.
  **Copyright Claimant:** SolidWorks Corporation
     **Date of Creation:** 2000
 **Date of Publication:** 2000-04-18
          **Variant title:** SolidWorks 2000 : pt. 1.
                 **Names:** SolidWorks Corporation



**Save, Print and Email (Help Page)**
Select Download Format [Full Record ▼] [Format for Print/Save]
Enter your email address: [_____] [Email]

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = solidworks
Search Results: Displaying 3 of 87 entries



**[SolidWorks 2001 plus]**

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0005666476 / 2002-09-11 |
| **Title:** | [SolidWorks 2001 plus] |
| **Description:** | Computer program. |
| **Notes:** | Printout only deposited. |
| | Title from appl. |
| **Copyright Claimant:** | SolidWorks Corporation |
| **Date of Creation:** | 2001 |
| **Date of Publication:** | 2001-12-12 |
| **Basis of Claim:** | New Matter: new & revised programming text. |
| **Names:** | SolidWorks Corporation |



**Save, Print and Email (Help Page)**

Select Download Format  Full Record ▼   [Format for Print/Save]

Enter your email address: _____  [Email]

---

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = solidworks
Search Results: Displaying 1 of 87 entries



*Solidworks.*

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0005725523 / 2003-03-24 |
| **Title:** | Solidworks. |
| **Description:** | Machine readable work. |
| **Notes:** | Printout only deposited. |
| **Copyright Claimant:** | SolidWorks Corporation |
| **Date of Creation:** | 2002 |
| **Date of Publication:** | 2002-10-28 |
| **Previous Registration:** | Prev. reg. 2000, TX 5-225-647. |
| **Basis of Claim:** | New Matter: revisions & additions. |
| **Names:** | SolidWorks Corporation |



**Save, Print and Email (Help Page)**

Select Download Format  Full Record  [Format for Print/Save]
Enter your email address: [Email]

---

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

**Registration Number**
# TX 8-443-820
**Effective Date of Registration:**
October 25, 2017

## Title

**Title of Work:** SOLIDWORKS 2017

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 30, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Dassault Systemes SolidWorks Corporation
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Dassault Systemes SolidWorks Corporation
175 Wyman Street, Waltham, MA, 02451, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TX8-284-758, 2016
TX8-101-716, 2015

**New material included in claim:** computer program

## Rights and Permissions

**Organization Name:** Dassault systemes SolidWorks Corporation
**Name:** Brendan T. Redmond
**Email:** brendan.redmond@3ds.com
**Telephone:** (781)810-5619
**Address:** 175 Wyman Street
Waltham, MA 02451 United States

## Certification

**Name:** Brendan T. Redmond
**Date**: July 13, 2017

---

**Correspondence:**   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director

**Registration Number**

**TX 8-885-576**

**Effective Date of Registration:**
July 09, 2020
**Registration Decision Date:**
July 27, 2020

## Title

    **Title of Work:** SOLIDWORKS 2020

## Completion/Publication

    **Year of Completion:** 2019
    **Date of 1st Publication:** October 08, 2019
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Dassault Systemes SolidWorks Corp.
    **Author Created:** computer program
    **Work made for hire:** Yes
    **Citizen of:** United States
    **Domiciled in:** United States

## Copyright Claimant

    **Copyright Claimant:** Dassault Systemes SolidWorks Corp.
    175 Wyman Street, Waltham, MA, 02451, United States

## Limitation of copyright claim

    **Material excluded from this claim:** computer program

    **New material included in claim:** computer program

## Rights and Permissions

    **Organization Name:** DASSAULT SYSTEMES
    **Name:** Melodie Sofack Lekane
    **Email:** people.ip@3ds.com
    **Telephone:** +33161623448
    **Address:** 10 RUE MARCEL DASSAULT

VELIZY-VILLACOUBLAY 78140 France

## Certification

**Name:** Melodie Sofack Lekane
**Date:** June 11, 2020

**Correspondence:** Yes