# EXHIBIT 3



**Glenn E. Forbis**
Direct Dial: 248-641-1249
Forbis.3ds@harnessip.com

April 28, 2023

<u>Via E-mail & First Class Mail to umachine@netzero.com</u>

Mr. Bryan Schuette, Administrator
United Machine & Tool Inc.
630 Middlegate Road
Henderson, NV 89011

   **RE:**  <u>**Unauthorized Use of SolidWorks Software**</u>

Dear Mr. Schuette:

  We represent Dassault Systèmes SolidWorks Corporation ("DSSW") located in Waltham, Massachusetts. As you may know, DSSW provides world-leading 3D design software and solutions to more than 150,000 customers in a wide range of industries around the globe. DSSW is the publisher and owner of all right, title and interest in and to its proprietary suite of software known as SOLIDWORKS (the "Software"). DSSW owns the copyright in the United States and elsewhere for this Software.

  Our client has informed us that United Machine & Tool Inc. ("United") (including one or more of its employees) has been using one or more unlicensed copies of the Software that has been modified/cracked to avoid the built-in copyright protection mechanism.[1] United's unauthorized (and uncompensated) use of the Software violates DSSW's valuable intellectual property rights and constitutes a breach of the end user license agreement ("EULA") governing use of DSSW's products. By engaging the sophisticated monitoring technology described in the EULA, DSSW has obtained evidence, including, but not limited to, MAC and IP addresses pointing to United's unauthorized use. In particular, DSSW has evidence that United and/or one or more of its employees has accessed the Software (including SOLIDWORKS Premium and the various add-ons) identified on Exhibit A attached hereto.

---

[1] Note that if you are an existing customer of DSSW and have one or more licensed copies of the Software, the unlicensed use of the Software detected by Dassault does not involve those copies, but instead involves *additional* copies of the Software that have been modified and are unlicensed.

Harness, Dickey & Pierce, P.L.C.   Attorneys and Counselors
5445 Corporate Drive, Suite 200, Troy, MI 48098  **Phone** 248.641.1600 **Fax** 248.641.0270

*Metropolitan*: Detroit, MI St. Louis, MO Washington, D.C. Dallas, TX www.harnessip.com

Mr. Bryan Schuette
April 28, 2023
Page 2 of 2

You should be aware that United's (and/or its employees') past and continued use of the Software without valid licenses constitutes infringement of DSSW's rights under the United States Copyright Act and subjects United (and the individual user) to monetary liability. Specifically, U.S. copyright law provides for the recovery of monetary damages, including actual damages, United's profits attributable to the use of unlicensed Software, and statutory damages. Even absent proof of any actual damages, a copyright owner such as DSSW is entitled to statutory damages of up to $30,000 for each work that is infringed (up to $150,000.00 for each work that is willfully infringed). *See* 17 U.S.C. § 504(c). Further, a copyright owner is presumptively entitled to receive reimbursement of its attorneys' fees from a defendant found to have engaged in copyright infringement. *See,* 17 U.S.C. §505. Further still, DSSW is entitled to statutory damages in the amount of $200 to $2,500 *per unlicensed use* of the cracked copies of SolidWorks - over and above damages to which it is entitled to due to the above-described copyright infringement - because the installation of the cracked copies permitted United to "gain access…through unlawful circumvention" of the technological measures instituted in SolidWorks to control access. 17 U.S.C. 1201, 1203(c)(3)(A).

In view of the foregoing, we demand that United immediately cease and desist from using any unlicensed copies of SolidWorks. Further, DSSW will require monetary compensation for United's past infringements. <u>A SolidWorks Compliance Mediator from DSSW will contact you to work out a resolution for the past infringements (please do not contact me concerning this matter until you have spoken to a Dassault Compliance Mediator or you have not been contacted for more than 10 days from the date of this letter)</u>. The Compliance Mediator can also assist you in purchasing licenses and subscriptions for future use of SolidWorks. Note, however, that any purchase of licenses to the Software other than through and under the direction of the SolidWorks Compliance Mediator or Harness IP **will not resolve this matter** and shall be null and void unless and until this matter is resolved and the case is closed.

This letter does not constitute a complete or exhaustive statement of our client's rights, claims, contentions, or legal theories. Nothing stated herein is intended as, nor should it be deemed to constitute, a waiver or relinquishment of any of DSSW's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved. Please be advised that you are obliged under the law to maintain and not dispose of the computers identified on Exhibit A that are within your possession or control.

Sincerely,

Glenn E. Forbis

Exhibit A[2]

United Machine & Tool Inc.

| Machine No. | 1 | 2 |
|---|---|---|
| **MAC addresses** | 8045dd743ec0<br>8045dd743ec1 | 8045ddac4610 |
| **Product** | SolidWorks v2017, v2020 | SolidWorks v2020 |
| **Add-ons** | Plastics, Inspection, Simulation, Flow Simulation, MBD | Inspection |

---

[2] A "MAC address" is a Media Access Control address that uniquely identifies a computer (whether PC or Apple). A computer may have one or more (sometimes many) MAC addresses, depending on its configuration. The following links provide information on locating the MAC addresses: (1) Windows 10: https://www.windowscentral.com/how-find-your-pcs-mac-address-windows-10, (2) Mac: https://www.macbookproslow.com/find-mac-address-macbook/.