# EXHIBIT 4

| | |
|---|---|
| **From:** | Forbis.3ds <Forbis.3ds@harnessip.com> |
| **Sent:** | Monday, September 18, 2023 2:29 PM |
| **To:** | umachine@netzero.com |
| **Cc:** | Forbis.3ds |
| **Subject:** | FW: RE: United Machine & Tool Inc. - Dassault Systemes SolidWorks Corp. |

Mr. Schuette**,**

I am lead trial counsel for Dassault, charged with enforcing Dassault's SolidWorks copyrights. This case has now been referred to me because you have not responded to attempts by Mr. Foley to resolve this matter with you. I have reviewed the file, and the case is solid. Our investigation shows that, over a more than 1 year period, your company was responsible for at least 393 separate incidents of infringement occurring on multiple computers. Our investigation further found an email domain 'unitedmachine.shop' associated with your company and the IP address '70.187.118.66' associated with your company facility on Middlegate Road in Henderson, NV.

I am authorized to prepare and file a Complaint for copyright infringement against you in Federal Court. Before going down that road, I want to make you a final offer to resolve this case. Dassault will resolve the case for **$45,000 USD**. That amount may be used as a credit to purchase SolidWorks licenses from Dassault at MSRP (and pay the additional applicable sales tax), if you wish. This is my last email and final offer to resolve before moving forward with the Complaint. If you would like to get this matter resolved pre-litigation, please respond to this email no later than **5:00pm ET on Thursday, September 21, 2023.** After that, the offer is withdrawn, and we will pursue the full amount of Dassault's damages, statutory damages, your profits, and Dassault's attorneys' fees.

| | |
|---|---|
| **Glenn E. Forbis**<br>Principal | **O:** 248.641.1249<br><br>5445 Corporate Dr, Suite 200<br>Troy, MI 48098<br>Bio \| vCard |



---

**From:** Foley, Jeremiah <jfoley@harnessip.com>
**Sent:** Wednesday, July 5, 2023 5:57 PM
**To:** Forbis.3ds <Forbis.3ds@harnessip.com>; umachine@netzero.com
**Subject:** RE: RE: United Machine & Tool Inc. - Dassault Systemes SolidWorks Corp.

Mr. Schuette,

Mr. Forbis asked me to follow up with you on this, it appears we did not receive a response to this email. Please let me know if you are interested in resolving this outside of a courtroom by **Friday**.

Thank You,

**Jeremiah Foley** | Attorney at Law

**O:** 248.341.1327



---

**From:** Forbis.3ds
**Sent:** Wednesday, May 31, 2023 5:57 AM
**To:** CARPANEDA Frederico <Frederico.CARPANEDA@3ds.com>; umachine@netzero.com; Forbis.3ds <Forbis.3ds@harnessip.com>
**Subject:** Re: RE: United Machine & Tool Inc. - Dassault Systemes SolidWorks Corp.

Bryan,
I am lead trial counsel for Dassault for copyright enforcement in North America. Your case has been turned over to me because no resolution was reached by May 26, per Frederico's email below. Please respond to this email no later than **5:00pm ET on Thursday, June 1, 2023** if you remain interested in a pre-litigation resolution, per Frederico's offer below. I look forward to hearing from you soon. Thank you.

| | |
|---|---|
| **Glenn E. Forbis**<br>Principal | **O:** 248.641.1249<br><br>5445 Corporate Dr, Suite 200<br>Troy, MI 48098<br>Bio | vCard |



**Harness Dickey (hdp.com) is now Harness IP (harnessip.com)**

---

**From:** CARPANEDA Frederico <Frederico.CARPANEDA@3ds.com>
**Date:** Monday, May 22, 2023 at 2:26 PM
**To:** umachine@netzero.com <umachine@netzero.com>
**Subject:** RE: United Machine & Tool Inc. - Dassault Systemes SolidWorks Corp.

Hello Bryan,

We made an offer on May 17, 2023. Have you come to a decision on whether you accept or decline our offer?

Please let me know by the end of this week. If I do not hear from you by May 26, I will be forced to send your case to our law firm and they will take over.

*Best Regards,*

**Frederico CARPANEDA**
NAM Sales Mediation
Office: +1 508 449 8852

DS SolidWorks Corporation | 1301 Atwood Ave Johnston RI | Johnston, RI 02919 | United States



**From:** CARPANEDA Frederico
**Sent:** Wednesday, May 17, 2023 11:13 AM
**To:** 'umachine@netzero.com' <umachine@netzero.com>
**Subject:** RE: United Machine & Tool Inc. - Dassault Systemes SolidWorks Corp.

Bryan,

After reviewing your case, we are in the position to accept the following in order to satisfy the case against United Machine & Tool:

1. Purchase two 3-year Solidworks Standard term licenses with cloud connectivity. Retail Price $23,964
2. Purchase one of the following 1-year term licenses:
    1. 1-year Flow Simulation term license. Retail price $8,118
    2. 1-year Plastics Premium term license. Retail price $12,373
    3. 1-year Simulation Premium term license. Retail price $7,154

Please let me know if you accept or decline our offer. If you have any questions, feel free to ask.

*Best Regards,*

**Frederico CARPANEDA**
NAM Sales Mediation
Office: +1 508 449 8852
DS SolidWorks Corporation | 1301 Atwood Ave Johnston RI | Johnston, RI 02919 | United States



**From:** CARPANEDA Frederico
**Sent:** Tuesday, May 16, 2023 2:23 PM
**To:** 'umachine@netzero.com' <umachine@netzero.com>
**Subject:** FW: United Machine & Tool Inc. - Dassault Systemes SolidWorks Corp.

Bryan,

Below is the email that was sent to you on April 28, 2023. Attached is the letter sent by our legal representative, Glenn Forbis.

*Best Regards,*

**Frederico CARPANEDA**
NAM Sales Mediation
Office: +1 508 449 8852
DS SolidWorks Corporation | 1301 Atwood Ave Johnston RI | Johnston, RI 02919 | United States

**From:** Forbis.3ds <Forbis.3ds@harnessip.com>
**Sent:** Friday, April 28, 2023 9:28 AM

**To:** umachine@netzero.com

**Subject:** United Machine & Tool Inc. - Dassault Systemes SolidWorks Corp.

Dear Mr. Schuette:

Please see the attached letter on behalf of Dassault Systemes SolidWorks Corp.

| | |
|---|---|
| **Glenn E. Forbis**<br>Principal | **O:** 248.641.1249<br><br>5445 Corporate Dr, Suite 200<br>Troy, MI 48098<br>Bio \| vCard |



**HARNESS, DICKEY & PIERCE, PLC LEGAL NOTICE:** The information contained in this transmission is intended only for the individual(s) or entity(ies) to whom it is addressed. It may contain information protected from use and/or disclosure by law, including information that is protected as confidential, attorney-client privileged, attorney work product and/or trade secrets. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the addressee, the reader is hereby notified that any use, distribution or copying of this communication is strictly prohibited. If you believe you have received this facsimile or message in error, please immediately notify us at our expense by return mail or e-mail and permanently delete or destroy all copies of the message.

To comply with U.S. Treasury regulations, we advise you that any discussion of Federal tax issues in this communication was not intended to be used, and cannot be used, by any person (i) to avoid penalties that may be imposed by the Internal Revenue Service, or (ii) to promote, market or recommend to another party any matter addressed herein. Any portions of this transmission containing controlled technical data are restricted by U.S. export laws and regulations, and may not be distributed or retransmitted to non-U.S. persons without appropriate licensing or a licensing exemption. Neither this information block, nor the signature block, nor the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included.