# EXHIBIT 5

       





**Stephen Butz** · 3rd

Asking the box questions, that change the shape of the box.

unitedmachine.shop

Henderson, Nevada, United States · **Contact info**

500+ connections

Message    + Follow    More

## About

Articulation of vision to a higher degree thanks to having done or vested interest in a large percentage of physical or digital considerations to be.

## Services

Business Consulting • Marketing Consulting • Project Management • 3D Design • Brand Design • Engineering Design • Custom Software Development • Outsourcin...

Show all →

## Activity

625 followers

**Stephen hasn't posted yet**
Recent posts Stephen shares will be displayed here.

Show all activity →

## Experience

**HNIC**
unitedmachine.shop · Self-employed
Mar 2021 - Present · 3 yrs 6 mos
Henderson NV

**Operator**
4 The Truck Customs & Accessories · Full-time
Dec 2019 - Dec 2020 · 1 yr 1 mo
Henderson, Nevada, United States

**Process Developer & Laborer**
4 The Truck Customs & Accessories · Full-time
Feb 2018 - Dec 2018 · 11 mos
Las Vegas, Nevada, United States

POS System development & integration with ease of use in mind.
POS System database automated or real-time reporting web bas   ...see more

**Buisness & Production engineering, development and implementation**
Rogue Racing
Dec 2013 - Feb 2018 · 4 yrs 3 mos
Henderson NV

Design of mechanical parts and assembly's directly relating to chassis and suspension along with exterior modification of off highway autor   ...see more

**CAD Designer**
4 The Truck Customs
Jan 2013 - Dec 2013 · 1 yr

## Education

 **Universal Technical Institute, Inc.**
AA Automotive Technology , Automobile/Automotive Mechanics Technology/Technician
2009 - 2011

Activities and societies: Guitar, general automotive labor.

Advanced, found a spark for mechanical integration and a passion to be in the COG as to speak. Solve problems. Learned that one cannot s   ...see more

## Skills

**CAD**
 3 endorsements

**Engineering**
 5 endorsements

**Show all 10 skills →**

## Interests

**Top Voices**   Companies   Groups   Newsletters   Schools

 **Jeff Weiner** 🔗 · 2nd
Executive Chairman at LinkedIn / Founding Partner Next Play Ventures
10,441,731 followers

+ Follow

 **Daniel Goleman** 🔗 · 3rd
Director of Daniel Goleman Emotional Intelligence Online Courses and Senior Consultant at Goleman Consulting Group
5,771,265 followers

+ Follow

**Show all Top Voices →**

## Causes

Education • Environment • Health • Human Rights • Science and Technology

Ad ···
Jeremiah, enjoy 50% off 2 months of LinkedIn Premium!

 

Get a boost with this exclusive offer.

Get 50% off today

**More profiles to browse**



**Jarmaine Mckinnon** · 3rd
Dispatcher Supervisor | Transportation Operations | Project Management

View profile

---

**Patrick Ill** · 3rd+
Inventory Specialist at WeatherTech®

 Message

---



**Adrian Rodriguez** · 3rd
Experienced in Customer Service, Automotive Repair, and Managerial Positions

View profile

---



**Wes Hockenberry** · 3rd
COT at CenturyLink

View profile

---



**Eric Munoz** · 3rd+
Sales associate @ J&E Restaurant Supply

🔒 Message

---

Show all

**Grow your network**
Premium peer suggestions



**MARCUS EVANGELISTA, CPA, MBA, ESQ** 🅸 · 2nd
Corporate Attorney at Maple Manor Rehab Center and Evangelista Development

+ Connect

---

**Ronald Pillar** 🅸 · 2nd
Counsel at DCMA

+ Connect

📒 Try premium to stand out

**People you may know**
From Stephen's industry



**Teymour El-Tahry**
Vice President at Strong Force



