DICKINSON WRIGHT PLLC
Steven A. Caloiaro
Nevada Bar No. 12344
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: 775-343-7500
Email: SCaloiaro@dickinsonwright.com

*Attorneys for Plaintiff*
*Dassault Systèmes SolidWorks Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DASSAULT SYSTÈMES SOLIDWORKS CORPORATION, | Case No. 2:24-cv-01519-RFB-EJY |
| *Plaintiff,* | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| - v.- | |
| UNITED MACHINE & TOOL INC., BRYAN SCHUETTE, and STEPHEN BUTZ | |
| *Defendants.* | |

WHEREAS no opposing party has served either an answer or a motion for summary judgment;

PURSUANT to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dassault Systemes SolidWorks Corporation hereby dismisses this action without prejudice by filing this notice of dismissal.

Dated: September 24, 2024

Respectfully Submitted,

/s/ *Steven A. Caloiaro*
DICKINSON WRIGHT PLLC
Steven A. Caloiaro, Bar No. 12344
100 West Liberty Street, Suite 940
Reno, Nevada 89501-1991
Tel: 775-343-7500
Email: SCaloiaro@dickinsonwright.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that I caused a copy of the foregoing document to be served on all parties via U.S. first class mail, postage prepaid on September 24, 2024, addressed to the following:

United Machine & Tool Inc.          Bryan Schuette
630 Middlegate Road                 630 Middlegate Road
Henderson, NV 89011                 Henderson, NV 89011

Stephen Butz
3153 High View Drive
Henderson, NV 89014

DATE: September 24, 2024

_____
An Employee of Dickinson Wright PLLC